UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-07197 TJH (RZ) | Date | January 19, 2011 |
|---|---|---|---|
| Title | SERGEY PROSHAK v. U.S. DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE |
|---|---|
| Ilene Bernal | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| N/A | N/A |

**Proceedings:**      ( In Chambers )

    The Clerk is directed to dismiss this case without prejudice pursuant to the Stipulation of the parties, filed on January 7, 2011.  FED. R. CIV. P. 41.

:
Initials of Preparer       igb